IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, et al.,<br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA CORPORATION., et al.,<br>Defendants. | )<br>)<br>)<br>) Case No. 11-cv-01400 (RBW)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION TO ADJOURN PLAINTIFFS' MOTION FOR
CLASS CERTIFICATION**

Defendants Bank of America Corporation, Bank of America, N.A., FIA Card Services, N.A., and MBNA Technology, Inc. (collectively, "Bank of America" or the "Bank"), pursuant to Federal Rule of Civil Procedure 6(b), Local Rule 7, and Paragraph 5 of this Court's General Order and Guidelines for Civil Cases, and with the consent of Plaintiffs Jeffrey Stein and Rabindranauth Ramson (collectively, "Plaintiffs"), hereby move to adjourn Plaintiffs' Motion for Class Certification, to set a deadline for the parties to meet and confer regarding class certification discovery, and to set a deadline for the parties to submit a revised briefing schedule on Plaintiffs' Motion for Class Certification, stating as follows:

    1.    On November 22, 2011 Plaintiffs filed their Second Amended Complaint in this Action.

    2.    On December 23, 2011, Defendants filed their Motion to Dismiss the Second Amended Complaint. The Motion to Dismiss was fully briefed as of February 13, 2012.

    3.    On February 20, 2012, pursuant to the deadline prescribed in Local Civil

Rule 23.1(b), Plaintiffs filed their Motion for Class Certification.

4. Because Defendants' Motion to Dismiss the Second Amended Complaint is pending before this Court and disposition of that motion is likely either to obviate the need for class certification proceedings or to narrow the issues on that motion, the parties respectfully request entry of an order:

    a. Adjourning Plaintiffs' February 13, 2012 Motion for Class Certification until after this Court issues its ruling on Defendants' Motion to Dismiss the Second Amended Complaint, and the parties have the opportunity to engage in discovery related to class certification and agree on a new briefing schedule;

    b. Directing that the parties meet and confer no more than twenty days after this Court's ruling on Defendants' Motion to Dismiss the Second Amended Complaint to agree on a plan for discovery related to class certification;

    c. Directing that the parties submit a revised briefing schedule regarding class certification no later than thirty days after this Court's ruling on Defendant's Motion to Dismiss the Second Amended Complaint.

5. The parties have conferred and Plaintiffs' counsel consents to this motion.

| | |
|---|---|
| Dated:  February 29, 2012 | MORRISON & FOERSTER LLP<br><br>By:   /s/ Ana-Maria Ignat<br><br>Ana-Maria Ignat (D.C. Bar No. 496192)<br>2000 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006-1888<br>Tel:  (202) 887-1500<br>Fax: (202) 887-0763<br>Email:  aignat@mofo.com<br><br>Mark P. Ladner (*Pro hac vice*)<br>Michael B. Miller (*Pro hac vice*)<br>Jessica L. Kaufman (*Pro hac vice*)<br>1290 Avenue of the Americas<br>New York, NY 10104-0050<br>Tel:  (212) 468-8000<br>Fax:  (212) 468-7900<br>Email:  mladner@mofo.com<br>Email:  mbmiller@mofo.com<br>Email:  jkaufman@mofo.com<br><br>*Counsel for Defendants Bank of America Corporation, Bank of America, N.A., FIA Card Services, N.A.,* and *MBNA Technology, Inc.* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JEFFREY STEIN, et al., <br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA CORPORATION., et al., <br> Defendants. | ) <br> ) <br> ) <br> ) Case No. 11-cv-01400 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2012, I caused the foregoing CONSENT MOTION TO ADJOURN PLAINTIFFS' MOTION FOR CLASS CERTIFICATION to be filed using the Court's ECF system, which will send email notification of such filings to counsel of record. This document is available for viewing and downloading on the CM/ECF system.

/s/ Ana-Maria Ignat

Ana-Maria Ignat (D.C. Bar No. 496192)
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW, Suite 6000
Washington, D.C. 20006-1888
Telephone: 202.887.1500
Email: aignat@mofo.com